IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Darrell Williams, # 108467, | ) | C/A NO. 8:07-3159-CMC-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Alvin S. Glenn Detention Center, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, a state prisoner proceeding *pro se* brought this action pursuant to 42 U.S.C. § 1983.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this matter was

referred to United States Magistrate Judge Bruce Howe Hendricks for pre-trial proceedings and a

Report and Recommendation.  On September 24, 2007, the Magistrate Judge issued a Report

recommending that this matter be dismissed without prejudice and without service of process.  The

Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the

Report and Recommendation and the serious consequences if he failed to do so.  Plaintiff has filed

no objections and the time for doing so has expired.

The Magistrate Judge makes only a recommendation to this court.  The recommendation has

no presumptive weight, and the responsibility to make a final determination remains with the court.

*See Mathews v. Weber*, 423 U.S. 261 (1976).  The court is charged with making a *de novo*

determination of any portion of the Report and Recommendation of the Magistrate Judge to which

a specific objection is made.  The court may accept, reject, or modify, in whole or in part, the

recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with

instructions.  *See* 28 U.S.C. § 636(b).  The court reviews the Report and Recommendation only for

clear error in the absence of an objection.  *See Diamond v. Colonial Life & Accident Ins. Co.*, 416

F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After reviewing the record of this matter, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error. Accordingly, the court adopts and incorporates the Report and Recommendation by reference into this Order.

**IT IS THEREFORE ORDERED** that this matter is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 22, 2007

2